**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Organik Kimya, San. ve Tic.   v.   ITC

No. 15-1774

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: __**(See attached)**__
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[✓] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Corey W. Roush |
| Law firm: | Hogan Lovells LLP |
| Address: | 555 13th St. NW |
| City, State and ZIP: | Washington, D.C. 20001 |
| Telephone: | 202 637 5731 |
| Fax #: | 202 637 5910 |
| E-mail address: | corey.roush@hoganlovells.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): **11/03/1999**

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/7/15
Date

_/s/ Corey W. Roush_
Signature of pro se or counsel

cc: _____

Corey W. Roush, counsel for parties:

Organik Kimya San. ve Tic. A.S.;
Organik Kimya Netherlands B.V.;
Organik Kimya US, Inc."

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    Jul 7, 2015
by:

☒ US mail
☐ Fax
☐ Hand
☐ Electronic Means
   (by email or CM/ECF)

| Austin Smith | /s/ Austin Smith |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm    Hogan Lovells LLP

Address    555 13th St. NW

City, State, ZIP    Washington DC 20004

Telephone Number    (202) 637-6417

FAX Number    (202) 637-5910

E-mail Address    austin.smith@hoganlovells.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.