NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORGANIK KIMYA, SAN. VE TIC. A.S., ORGANIK KIMYA NETHERLANDS B.V., ORGANIK KIMYA US, INC.,**
*Appellants*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

---

2015-1774, -1833

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-883.

---

### O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified List is due no later than August 25, 2015.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s26