NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORGANIK KIMYA, SAN. VE TIC. A.S., ORGANIK KIMYA NETHERLANDS B.V., ORGANIK KIMYA US, INC.,**
*Appellants*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**ROHM AND HAAS COMPANY, ROHM AND HAAS CHEMICALS LLC, THE DOW CHEMICAL COMPANY,**
*Intervenors*

---

2015-1774, -1833

---

Appeals from the United States International Trade Commission in Investigation No. 337-TA-883.

---

**ON MOTION**

---

**O R D E R**

Rohm and Haas Company, Rohm and Haas Chemicals LLC, and The Dow Chemical Company move unopposed to intervene in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.  Appellee's and intervenors' briefs are due 40 days after service of the appellants' opening brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31