No. 2015-1774, -1833

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

ORGANIK KIMYA, SAN. VE TIC. A.Ş., ORGANIK KIMYA
NETHERLANDS B.V., and ORGANIK KIMYA U.S., INC.,

*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,

*Appellee,*

and

ROHM AND HAAS COMPANY, ROHM AND HAAS
CHEMICALS LLC, THE DOW CHEMICAL COMPANY,

*Intervenors.*

ON APPEAL FROM THE UNITED STATES INTERNATIONAL TRADE
COMMISSION, INVESTIGATION NO. 337-TA-883

**APPELLANTS ORGANIK KIMYA, SAN. VE TIC. A.Ş., ORGANIK KIMYA
NETHERLANDS B.V., AND ORGANIK KIMYA U.S., INC.,'S
CERTIFICATE OF COMPLIANCE PURSUANT TO
FEDERAL CIRCUIT RULE 17(f)**

Appellants Organik Kimya, San. Ve Tic. A.Ş., Organik Kimya Netherlands B.V. and Organik Kimya U.S., Inc. (collectively, "Organik Kimya"), hereby certify that they have complied with Federal Circuit Rule 17(f) by reviewing the record in United States International

Trade Commission, Investigation No. 337-TA-883, and determining that no modifications to the Protective Order issued by the International Trade Commission are required at this time. Organik Kimya will continue to assess whether modifications to the protective order are required as this appeal proceeds.

                                                      Respectfully submitted,

                                                      _____

Dated: August 14, 2015           */s/ John R. Robertson*
                                              John R. Robertson
                                              Corey W. Roush
                                              Catherine E. Stetson
                                              HOGAN LOVELLS LLP
                                              555 13TH ST NW
                                              WASHINGTON D.C. 20004
                                              Tel: (202) 637-5600
                                              Fax: (202) 637-5910

                                              *Counsel for Organik Kimya, San. Ve Tic.*
                                              *A.Ş., Organik Kimya Netherlands B.V.*
                                              *and Organik Kimya U.S., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2015, I electronically filed the foregoing document using the United States Court of Appeals for the Federal Circuit's CM/ECF system, which will at the time of filing serve and send notice to all registered CM/ECF users.

*/s/ Austin D. Smith*